UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Anthony Parker,<br><br>        Plaintiff,<br><br>v.<br><br>Sirius XM Radio Inc.,<br><br>        Defendant. | Case No. 8:15-cv-01710-JSM-EAJ |

### NOTICE OF SETTLEMENT

The Parties in the above-captioned case have reached a settlement in this case and a number of related cases, including the case captioned *Francis W. Hooker, Jr. v. Sirius XM Radio Inc.*, Case No. 4:13-cv-3 (E.D.Va.), on a class wide basis. In connection with that settlement, Plaintiffs filed a motion for and the *Hooker* Court granted preliminary approval of the Parties' settlement on August 18, 2016. In granting preliminary approval, the *Hooker* Court certified a class for settlement purposes only, defined as:

> All natural persons residing in the United States (including all territories and other political subdivisions of the United States) who (a) received programming on a promotional basis from SiriusXM in connection with the purchase or lease of a new or used vehicle that ended no later than April 5, 2016; (b) were the recipients of one or more telephone calls made by or on behalf of Sirius XM to their wireless, cell or mobile phone numbers after February 15, 2008 and before July 5, 2016; and (c) never were or became paying subscribers prior to July 5, 2016. Excluded from the class definition are any employees, officers, or directors of Sirius XM, and any attorneys appearing in this case, and any judge assigned to hear this case as well as their immediate family and staff.

The Parties submit this notice in view of the Court's Order dated December 22, 2015 [ECF No. 23] directing the Parties to "file a joint status report within fourteen (14) days of the resolution of class certification in Hooker" and will promptly submit a

stipulated order and final judgment of dismissal with prejudice to the Court in this case following the entry of an order and final judgment of dismissal in the *Hooker* Case.

Dated: September 1, 2016                               Respectfully submitted,

| | |
|---|---|
| */s/* David P. Healy | */s/* Paul C. Huck |
| David P. Healy | Paul C. Huck, Jr. |
| | |
| Dudley, Sellers, Healy & Heath, PLC | JONES DAY |
| SunTrust Financial Center | 600 Brickell Avenue |
| 3522 Thomasville Rd., Suite 301 | Brickell World Plaza |
| Tallahassee, Florida 32309 | Miami, Florida 33131 |
| Telephone: (850) 222-5400 | Telephone: (305) 714-9700 |
| Facsimile: (850) 222-7339 | Facsimile: (305) 714-9799 |
| E-mail: dhealy@davidhealylaw.com | E-mail: paulhuck@JonesDay.com |
| | |
| Eugene Y. Turin (*pro hac vice* pending) | *Attorneys for Defendant Sirius XM Radio Inc.* |
| McGuire Law, P.C. | |
| 55 W. Wacker Dr., 9th Fl. | |
| Chicago, Illinois 60601 | |
| Telephone: (312) 893-7002 | |
| Facsimile: (312) 275-7895 | |
| E-mail: eturin@mcgpc.com | |
| | |
| *Attorneys for Plaintiff Anthony Parker* | |

## CERTIFICATE OF SERVICE

I certify that on September 1, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system which will send notification to counsel for all parties.

/s/ Paul C. Huck
Paul C. Huck, Jr.

JONES DAY
600 Brickell Avenue
Brickell World Plaza
Miami, Florida 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799
E-mail: paulhuck@JonesDay.com

*Attorneys for Defendant Sirius XM Radio Inc.*