UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY PARKER,

    Plaintiff,

v.                                            Case No: 8:15-cv-1710-T-30EAJ

SIRIUS XM RADIO, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal (Dkt. #27). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of January, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record